

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00128-CR

**KEVIN BRYAN BOLDING,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

From the 77th District Court
Limestone County, Texas
Trial Court No. 12422-A

## MEMORANDUM OPINION

Appellant Kevin Bolding has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Bolding personally signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 18, 2012
Do not publish
[CR25]